1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8
   Sheng Qiang Liu,                    )
9                                       )
                 Petitioner,            )        CV 09-2246-PHX-PGR (ECV)
10                                      )
            v.                          )        **ORDER**
11                                      )
   Katrina Kane, et al.,                )
12                                      )
                 Respondents.           )
13
        Currently before the Court is the Report and Recommendation of Magistrate Judge

14  Voss (Doc. 10) based on Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28

15  U.S.C. § 2241. In his Petition, Petitioner alleged that immigration officials were holding him

16  in detention pending his removal from the United States to China, but that his removal was

17  not reasonably foreseeable. Having reviewed *de novo*[1] the Petition and the Report and

18  Recommendation, and no party having filed any objection to the Report and

19  Recommendation,

20      IT IS HEREBY ORDERED that the Magistrate Judge Voss's Report and

21  Recommendation **(Doc. 10)** is **ACCEPTED** and **ADOPTED** by the Court.

22

23  _____

24      [1]   Petitioner sought an immediate release under supervision on the grounds that his
    indefinite detention is not authorized by law because there is no prospect that he would be
25  removed in the reasonably foreseeable future. However, on February 2, 2010, Respondents
    filed a Notice to the Court and Suggestion of Mootness, as well as a copy of an Order of
26  Supervision establishing that on January 22, 2010, Petitioner was released from custody
    under an Order of Supervision. Respondents' evidence demonstrates that Petitioner has
27  obtained the relief he sought in his petition. Therefore, this action is moot. See Picrin-Peron
28  v. Rison, 930 F.2d 773, 775 (9th Cir. 1991).

1    IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus

2    **(Doc. 1)** is **DISMISSED** without prejudice.

3
     DATED this 16th day of March, 2010.
4

5

6                                    _____
                                     Paul G. Rosenblatt
7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2